UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESUS TORRES,<br><br>                         Plaintiff,<br><br>-against-<br><br>NEW YORK STATE POLICE,<br><br>                         Defendant. | 23-CV-10680 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the January 5, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  January 5, 2024
           New York, New York

                                                  /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                       Chief United States District Judge